UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDALINA KALINCHEVA,<br><br>                    Plaintiff,<br><br>         v.<br><br>JESSE NEUBARTH,<br><br>                    Defendant. | No.  2:13-cv-1391 GEB AC PS<br><br><br>ORDER AND<br><br>FINDINGS & RECOMMENDATIONS |

By order filed September 12, 2013, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted.  The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Following the court's order to file an amended complaint, plaintiff filed three motions that are presently pending.  See ECF No. 4 ("Ex-Parte Motion to Reassign or Transfer by ECF to all Other States"); ECF No. 5 ("Ex-Parte Motion for Writ of Possession"); and ECF No. 7 ("Motion to Transfer").  It is unclear what precisely plaintiff is requesting in each of these motions.  Because the court finds them to be nonsensical, each of these motions shall be denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's September 30, 2013 ex parte motions (ECF Nos. 4 & 5) and October 4, 2013 motion (ECF No. 7) are denied; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: November 1, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;kali1391.fta

2